1042

[No. 59253-0-I. Division One. October 1, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY M. RIVERS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-00563-7, Brian D. Gain, J., entered December 11, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 59405-2-I. Division One. October 1, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. KARMYN TEYARE COTRELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-06282-1, Douglas D. McBroom, J., entered December 18, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 59671-3-I. Division One. October 1, 2007.]

THE CITY OF SEATTLE, *Respondent*, v. GREAT SCHOOLS FOR A GREAT CITY ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-19776-3, Palmer Robinson, J., entered August 30, 2006. *Dismissed* by unpublished opinion per Appelwick, C.J., concurred in by Becker and Schindler, JJ.